# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-CR-00307-RJC-DCK

| | |
|---|---|
| USA, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| CAMERON ROBERTS, | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 162), of the Indictment, (Doc. Nos. 61, 139), as to Cameron Roberts, without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 162), is **GRANTED** and the Indictment, (Doc. Nos. 61, 139), is **DISMISSED** as to Cameron Roberts, without prejudice.

Signed: May 26, 2017

Robert J. Conrad, Jr.
United States District Judge